1  Dean B. Herman (SBN 076752)
2  Hee Young Lee (SBN 207295)
   Steven S. Son (SBN 265921)
3  KAUFMAN DOLOWICH & VOLUCK, LLP
   11755 Wilshire Boulevard, Suite 2400
4  Los Angeles, California  90025
   Tel: (310) 775-6511 / Fax:  (310) 575-9720
5  E-mail:  dherman@kdvlaw.com
            hylee@kdvlaw.com
6           sson@kdvlaw.com

7  Attorneys for Plaintiff
   SAMSUNG FIRE & MARINE INSURANCE CO., LTD. (U.S. BRANCH)
8

9               UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10              WESTERN DIVISION LOS ANGELES
11

| | |
|---|---|
| SAMSUNG FIRE & MARINE INSURANCE CO., LTD. (U.S. BRANCH), | Case No.: |
| Plaintiff, | |
| v. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| AFR APPAREL INTERNATIONAL, INC. d/b/a PARISA USA, a California corporation, KLAUBER BROTHERS, INC., a New York corporation, and TARGET CORPORATION, a Minnesota corporation, | |
| Defendants. | |

---

1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned, counsel of record for Plaintiff Samsung Fire & Marine Insurance Co., Ltd., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Samsung Fire & Marine Insurance Co., Ltd.;
2. AFR Apparel International, Inc. d/b/a/ Parisa USA;
3. Klauber Brothers, Inc.; and
4. Target Corporation.

Dated: December 1, 2014                    KAUFMAN DOLOWICH & VOLUCK, LLP


By: s/ Steven S. Son                /
   Dean B. Herman
   Hee Young Lee
   Steven S. Son
   Attorneys for Plaintiff SAMSUNG FIRE & MARINE INSURANCE CO., LTD (U.S. BRANCH)

2

CERTIFICATION AND NOTICE OF INTERESTED PARTIES