AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| SAMSUNG FIRE & MARINE INSURANCE CO., LTD. (U.S. BRANCH) <br><br> *Plaintiff(s)* <br><br> v. <br><br> AFR APPAREL INT'L d/b/a PARISA USA; KLAUBER BROTHERS, INC.; TARGET CORP. <br><br> *Defendant(s)* | Civil Action No. CV 14-09642 ODW (JCx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KAUFMAN DOLOWICH & VOLUCK, LLP
Dean B. Herman; Hee Young Lee; Steven S. Son
11755 Wilshire Blvd., Suite 2400
Los Angeles, California 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 17, 2014

/s/ *Jenny Lam*
*Signature of Clerk or Deputy Clerk*

