# United States District Court
# Central District of California

| | |
|---|---|
| SAMSUNG FIRE & MARINE INSURANCE CO., LTD, <br><br>           Plaintiff, <br><br>     v. <br><br> AFR APPAREL INTERNATIONAL, INC. d/b/a PARIS USA; KLAUBER BROTHERS, INC.; and TARGET CORPORATION, <br><br>           Defendants. | Case No. 2:14-cv-9642-ODW(JCx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 40), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **November 16, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 16, 2015

_____
                    **OTIS D. WRIGHT, II**
              **UNITED STATES DISTRICT JUDGE**